UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Edgar P., | Civ. No. 26-953 (PAM/ECW) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; and David Easterwood, St. Paul Field Office Immigration and Customs Enforcement, | |
| Respondents. | |

This matter is before the Court on Petitioner Edgar P.'s Motion to Strike. (Docket No. 7.) The Court has ruled on the Petition in this matter.

Accordingly, **IT IS HEREBY ORDERED that** Petitioner's Motion (Docket No. 7) is **DENIED as moot**.

Dated: <u>February 14, 2026</u>

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge